FILED
FEB - 7 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )  4:20CR096 HEA/SPM
)
LASHAWN CLAYBURN, )
)
)
Defendant. )

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about January 5, 2019, in St. Louis County, within the Eastern District of Missouri,

**LASHAWN CLAYBURN,**

the Defendant herein, with intent to cause death and serious bodily harm, did attempt to take from the person and presence of another, by force, violence, and intimidation, a motor vehicle, that is, a red 2014 Ford Escape VIN 1FMCU0J94EUE20175, that had been transported in interstate commerce, resulting in the death of Naomi Miller.

In violation of Title 18, United States Code, Section 2119(3).

### COUNT II

The Grand Jury further charges that:

On or about January 5, 2019, in St. Louis County, within the Eastern District of Missouri,

**LASHAWN CLAYBURN,**

the Defendant herein, did knowingly possess, brandish, and discharge a firearm in furtherance of a crime of violence which may be prosecuted in a court of the United States; to wit:

armed carjacking as charged in Count One herein, in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

And in the course of this violation, caused the death of Naomi Miller through the use of the firearm, which killing is murder as defined in Title 18, United States Code, Section 1111, in that the defendant, with malice aforethought, unlawfully killed Naomi Miller by shooting her with the firearm willfully, deliberately, maliciously, and with premeditation, thereby making this offense punishable under Title 18, United States Code, Section 924(j)(1).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney


_____
ANGIE E. DANIS, #64805MO
Assistant United States Attorney